IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-0699 |
| § | |
| DOES 1–59, § | |
| § | |
| Defendants. § | |

**MEMORANDUM AND ORDER**

This is a copyright-infringement suit involving what is known as adult entertainment. The plaintiff, Hard Drive Productions, Inc., alleged that 59 John Doe defendants have illegally accessed and distributed Hard Drive's copyrighted video using an Internet peer-to-peer file-sharing program called BitTorrent. Hard Drive filed an ex parte application for leave to take expedited discovery to gain information about these 59 John Doe defendants. (Docket Entry No. 4). Hard Drive sought to subpoena their names, current and permanent addresses, telephone numbers, e-mail addresses, and Media Access Control addresses from their Internet Service Providers ("ISPs"). This court granted the motion on March 30, 2012, subject to limits and a protective order. The court set a schedule that required responses to the Rule 45 subpoenas within a certain period. The file discloses no activity related to the service of the subpoenas since that order was entered. Nor is there information as to service of process.

The June 29, 2012 initial pretrial conference is canceled. No later than July 9, 2012, the plaintiff must file a written status report and either proof that service has been effected or a basis for extending the time period to do so. The initial pretrial conference will be reset, if appropriate, after

service has been effected.

SIGNED on June 18, 2012, at Houston, Texas.

                                                  Lee H. Rosenthal
                                         United States District Judge