IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1 – 59,

    Defendants.

CASE NO. 4:12-cv-699

Judge: Hon. Lee H. Rosenthal

**PLAINTIFF'S STATUS REPORT JULY 6, 2012**

The Plaintiff, Hard Drive Productions, Inc., files this Status Report regarding the expedited discovery granted in the form of subpoenas to Internet Service Providers ("ISPs"). This report is current as of July 6, 2012.

    Doe Defendants upon filing Complaint on March 6, 2012: 59

    Order Granting Unopposed Motion for Expedited Discovery: March 30, 2012

    Doe Defendants upon which records were originally being sought: 45

    Order substituting "Doe" list of Hit Dates and IP Addresses Granted April 17

    Subpoenas issued: May 18, 2012

    Doe Records received: None-none are due until October 2, 2012

    Doe Records that will not ever be subpoenaed: 14

    Doe Records withheld so far: None are due

    Number ISPs: 15

1

1) Objections to Subpoenas filed by ISPs; Three (3): a) Comcast Communications (13 Does), and b) AT&T(9 Does), and c) Suddenlink Communications(4 Does). A Motion to Compel for the district that the subpoena issued from, is being drafted for Suddenlink Communications, as negotiations have broken down with Suddenlink about whether they will produce any identifying information on their subscribers.

2) Records received: None-not due yet.

3) ISPs not served: Seven (7) ISPs: Clearwire Corporation (3 Does), DirecPath (1 Doe), Embarq Corp. (1 Doe), Grande Communications (5 Does), Guadalupe Valley Telephone (1 Doe), Internet America (1 Doe), and Millenium Telcom (2 Does).

                                      Respectfully submitted,

                                      HARD DRIVE PRODUCTIONS, INC.

DATED: July 6, 2012

                            By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

                                  /s/ Douglas M. McIntyre
                                  **DOUGLAS M. MCINTYRE (TX# 13681800)**
                                  720 North Post Oak Road, Suite 610
                                  Houston, Texas 77024
                                  (713) 681-2611
                                  (713) 461-3697– facsimile

                                  COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5.3.

/s/ Douglas M. McIntyre

DOUGLAS M. MCINTYRE