IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1 – 59,

    Defendants.

CASE NO. 4:12-cv-00699

Judge: Hon. Lee H. Rosenthal

**LIST OF CASES FILED BY DOUGLAS M. MCINTYRE, ATTORNEY FOR PLAINTIFF**

Plaintiff Hard Drive Productions, Inc. by and through its undersigned counsel, files this list of the copyright infringement cases he has filed. All were filed in the Southern District of Texas, Houston, Division. Cases 1 through 17 were filed in association with The Prenda Law Firm (www.wefightpiracy.com) with offices in several states. Cases 18 through 25 were filed by Douglas M. McIntyre, with no other law firm affiliation, but with forensic data provided by Copyright Defenders, Inc. in Las Vegas, Nevada. All subpoenas issued in cases 18-25 were issued by the courts where they were filed in the Southern District of Texas, Houston Division. None of the subpoenas issued in cases 1-17 were issued, on information and belief, out of the State of Texas.

List of all copyright infringment cases ever filed by Douglas M. McIntyre; with case number, style, and Judge Presiding provided.

1) Case No. 4:11-cv-2232; Pacific Century International Inc. Does 1-3, Hon. Kenneth M. Hoyt

1

2) Case No. 4:12-cv-695; Sunlust Pictures, LLC v Does 1-75; Hon. Keith P. Ellison

3) Case No. 4:12-cv-698 Pacific Century Int'l v. Does 1-20;  Hon. Sim Lake

4) Case No. 4:12-cv-699; Hard Drive Productions v. Does 1-59; Hon. Lee H. Rosenthal

5) Case No. 4:12-cv-701; First Time Video v Does 1-56; Hon. Melinda Harmon

6) Case No. 4:11-cv-4501; Millenium TGP, Inc. v John Doe; Hon. Vanessa D. Gilmore

7) Case No. 4:11-cv-4426; Hard Drive Productions v Does 1-75; Hon. Gray H. Miller

8) Case No. 4:11-cv-4430; Pacific Century Int'l v Does 1-37; Hon. Keith P. Ellison

9) Case No. 4:11-cv-4431; First Time Video v Does 1-46; Hon. Lynn N. Hughes

10) Case No. 4:12-cv-535; First Time Video v. John Doe; Hon. Kenneth M. Hoyt

11) Case No. 4:12-cv-536; Pacific Century Int'l v. John Doe; Hon. Sim Lake

12) Case No. 4:11-cv-3036; Hard Drive Productions v Does 1-62;  Hon. Gray H. Miller

13) Case No. 4:11-cv-3041; First Time Videos v Does 1-114; Hon. Melinda Harmon

14) Case No. 4:11-cv-3035; Pacific Century Int'l v Does 1-30; Hon. Gray H. Miller

15) Case No. 4:11-cv-3033; Boy Racer Inc. v Does 1-36; Hon.  Sim Lake

16) Case No. 4:11-cv-3042; AF Holdings v Does 1-119; Hon. David Hittner

17) Case No. 4:12-cv-262; Bubble Gum Productions, Inc. v. Does 1-60; Hon. Nancy F. Atlas

18) Case No. 4:12-cv-504; West Coast Productions, Inc. v Does 1-351; Hon. Nancy F. Atlas

19) Case No. 4:12-cv-773; Combat Zone Corp. v Does 1-158; Hon. Sim Lake

20) Case No. 4:12-cv-774; Combat Zone Corp. v. Does 1-192; Hon. David Hittner

21) Case No. 4:12-cv-1740; West Coast Productions, Inc. v Does 1-60; Hon. Gray H. Miller

22) Case No. 4:12-cv-1741; West Coast Productions, Inc. v Does 1-65; Hon. Melinda Harmon

23) Case No. 4:12-cv-2243; Combat Zone Corp. v. Does 1-26; Hon. Kenneth M. Hoyt

24) Case No. 4:12-cv-2244; Combat Zone Corp. v. Does 1-26; Hon. Melinda Harmon

25) Case No. 4:12-cv-2247; Combat Zone Corp. v. Does 1-14; Hon. Kenneth M. Hoyt

                              Respectfully submitted,

                              Hard Drive Productions, Inc.

DATED: September 6, 2012

                        By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

                              /s/ Douglas M. McIntyre
                              **DOUGLAS M. MCINTYRE (TX# 13681800)**
                              720 North Post Oak Road, Suite 610
                              Houston, Texas 77024
                              (713) 681-2611
                              (713) 461-3697– facsimile

                              COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

                              /s/ Douglas M. McIntyre
                              DOUGLAS M. MCINTYRE